In the Matter of the Estate of THOMAS F. FOLEY, Deceased.

Surrogate's Court, New York County, February 24, 1926.

Executors and administrators — application by attorney for letters of administration c. t. a. under claim he is creditor of estate — decedent's daughter rather than attorney is entitled to letters of administration — decree should not contain provision directing payment of counsel fees to attorney — fees may be fixed on petition under Surrogate's Court Act, § 231-a.

Petitioner, an attorney, who claims to be a creditor of decedent's estate, is not entitled to letters of administration c. t. a. where, upon the hearing of his application decedent's daughter and sole legatee under his will applied for letters of administration. Nor should the decree appointing said daughter as administratrix contain a provision directing the payment of counsel fees to the attorney. If an agreement as to counsel fees cannot be arranged between the attorney and the administratrix, said attorney may petition under section 231-a of the Surrogate's Court Act for an order fixing his fees.

CROSS-APPLICATIONS for letters of administration c. t. a.

*Arthur M. Farrell*, for Maria McKaigney.

*Gustav Goodmann*, for the petitioner.

O'BRIEN, S. Cross-applications for letters of administration c. t. a. are made first by an attorney who claims to be a creditor and, upon the hearing of his application, by the daughter of decedent and sole legatee under the will. The attorney asks that the decree appointing such administrator contain a provision directing the payment of his counsel fees. This latter application is denied as well as his application for letters which will be granted to the daughter and sole legatee. If an agreement as to fees cannot be arranged by said attorney and the administratrix, he may petition under section 231-a of the Surrogate's Court Act for an order fixing his fees at which time his authority to act, the services rendered and compensation may be inquired into. Submit decree on notice.